## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jenny Y. Ndanu | CHAPTER 7 |
| <u>Debtor(s)</u> | |
| Toyota Lease Trust | |
| <u>Movant</u> | |
| vs. | NO. 20-10922 MDC |
| Jenny Y. Ndanu | |
| <u>Debtor(s)</u> | |
| Terry P. Dershaw . | 11 U.S.C. Section 362 |
| <u>Trustee</u> | |

## <u>ORDER TERMINATING AUTOMATIC STAY</u>

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take

possession and sell, lease, and otherwise dispose of the 2018 Lexus NX300, VIN:

JTJBARBZ2J2164147   in a commercially reasonable manner.  The stay provided by Bankruptcy

Rule 4001(a)(3) been waived.

Signed this   9th     day of    April    , 2020.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Jenny Y. Ndanu
2318 Rosemore Avenue
Apt J22
Glenside, PA 19038

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Terry P. Dershaw .
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532