United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jenny Y Ndanu  
      Debtor

Case No. 20-10922-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Apr 09, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.  
db            +Jenny Y Ndanu,     2318 Rosemore Avenue,     Apt J22,     Glenside, PA 19038-4123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2020 at the address(es) listed below:  
       PAUL H. YOUNG     on behalf of Debtor Jenny Y Ndanu support@ymalaw.com, ykaecf@gmail.com,  
        paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com  
       REBECCA ANN SOLARZ     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com  
       TERRY P. DERSHAW     td@ix.netcom.com,     PA66@ecfcbis.com;7trustee@gmail.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jenny Y. Ndanu | | CHAPTER 7 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
| | Movant | |
| vs. | | NO. 20-10922 MDC |
| Jenny Y. Ndanu | | |
| | Debtor(s) | |
| Terry P. Dershaw . | | 11 U.S.C. Section 362 |
| | Trustee | |

## ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2018 Lexus NX300, VIN: JTJBARBZ2J2164147  in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this  9th     day of   April    , 2020.

*Magdeline D. Coleman*

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

cc: See attached service list

Jenny Y. Ndanu
2318 Rosemore Avenue
Apt J22
Glenside, PA 19038

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Terry P. Dershaw .
P.O. Box 556 (VIA ECF)
Warminster, PA 18974-0556

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532