# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JENNY Y NDANU              :   CHAPTER 13
                                    :
         Debtor                     :   BANKRUPTCY NO. 20-10922

## PRAECIPE TO WITHDRAW DOCUMENT

TO THE CLERK:

Kindly withdraw the above debtor's Amended Voluntary Petition, docket number 19, filed by YOUNG, MARR & ASSOCIATES as wrong Petition was uploaded.

/s/Paul H. Young
Paul H. Young, Esquire
Attorney for Debtor
3554 Hulmeville Road, Ste. 102
Bensalem, PA 19020

Date: April 15, 2020